*Wednesday, August 5, 1992*
## MOTION DOCKET

**92-1478.** State ex rel. Campbell v. Cirigliano. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that an alternative writ of prohibition be, and the same is hereby, granted, and that proceedings in case No. 7655, Medina County Common Pleas Court, are hereby stayed until further order of this court, effective August 3, 1992.

IT IS FURTHER ORDERED by the court that on or before August 17, 1992, respondent shall show cause why a peremptory writ of mandamus should not be issued.

HOLMES, WRIGHT and H. BROWN, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**92-944.** State ex rel. Ciccolelli v. Medina. *Mahoning County*, No. 90 C.A. 39. Cause dismissed on appellants' application to dismiss, effective August 3, 1992.

**92-1166.** State ex rel. Dean v. Indus. Comm. *Franklin County*, No. 91AP-760. This cause, here on appeal from the Court of Appeals for Franklin County, was considered in the manner prescribed by law. Upon consideration of appellants' application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective July 28, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, August 12, 1992*
## MERIT DOCKET

**92-547.** State ex rel. Moss v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-897.** State ex rel. Schmidt v. Peck. In Mandamus. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-965.** Transtec Environmental, Inc. v. Pub. Util. Comm. Appeal from the Public Utilities Commission, No. 91-1916-TR-CSS. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-1039.** State ex rel. Collins v. Kettering Mun. Court. In Prohibition. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-1053.** State ex rel. Blazo v. Ohio Dept. of Rehab. & Corr. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-1088.** State ex rel. Tucker v. Shaw. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-1099.** State ex rel. Holcomb v. Wilkinson. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.